IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
FORD MOTOR CREDIT COMPANY LLC,      *
                                    *
         Plaintiff,                 *
                                    *
    v.                              *        CV 112-192
                                    *
H.M. SMITH FORD, INC.; M. DANIEL    *
SMITH; M. DANIEL SMITH, in his      *
representative capacity as          *
trustee of the M. Daniel Smith      *
Trust; and KENNETH L. DARIEN,       *
                                    *
         Defendants.                *
```

O R D E R

Presently before the Court in this matter is a Status Report filed by Plaintiff. (Doc. 37.) The parties have reached settlement, and are in the process of formally memorializing the agreement. The Court, therefore, **DIRECTS** the Clerk to **CLOSE** this case for all purposes of statistical reporting. The Court acknowledges that the parties intend to submit a consent order by October 8, 2014. Accordingly, any party may move to re-open the case at any time.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of September, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA