# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 112-192 |
| | * | |
| H.M. SMITH FORD, INC.; M. DANIEL | * | |
| SMITH; M. DANIEL SMITH, in his | * | |
| representative capacity as | * | |
| trustee of the M. Daniel Smith | * | |
| Trust; and KENNETH L. DARIEN, | * | |
| | * | |
| Defendants. | * | |

## O R D E R

Presently pending before the Court is the parties' Stipulation for Dismissal of Counterclaims. (Doc. no. 43.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to dismissal of the counterclaims asserted in Defendants' Answers (Doc. nos. 6, 8, 9) with prejudice. Accordingly, the Court **DISMISSES WITH PREJUDICE** the counterclaims herein described.

The Court further **DIRECTS** the Clerk to **CLOSE** this case for statistical purposes. Pursuant to the terms of the parties' Settlement Agreement and Mutual Release and Paragraph 6 of the Consent Decree (Doc. 38), the parties may move to re-open this matter at any time to seek enforcement of the Settlement Agreement or to execute a complete dismissal of all remaining claims. Subject to the exceptions outlined in the Settlement Agreement, each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this _16th_ day of January, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA